PLG DAMAGE ATTORNEYS
VINIT R. VENKATESH (367857)
2750 SW 145TH AVENUE #509
MIRAMAR, FLORIDA 33027
TCPA-SERVICE@PLGDAMAGE.COM
VV@PLGDAMAGE.COM
ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kimberly Hampton, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Qvr International LLC<br><br>Defendant. | Case No.:<br><br>**Complaint for Damages and Injunctive Relief for Violations of:** 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(c)(1)<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY DEMAND** |

Plaintiff Kimberly Hampton ("Plaintiff") brings this class action against Qvr International LLC ("Defendant") and alleges as follows upon personal knowledge as to Plaintiff and Plaintiff's own acts and experiences and, as to all other matters, upon information and belief, including investigation conducted by Plaintiff's counsel.

## NATURE OF THE ACTION

1. This putative class action arises from Defendant's violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. (the "TCPA"), and the Federal Communications Commission ("FCC") regulations promulgated thereunder.

2. To advertise and promote its goods and services, Defendant transmitted, or caused to be transmitted, unsolicited telemarketing text messages to Plaintiff and other consumers, including multiple messages initiated before 8:00 a.m. or after 9:00 p.m. local time at the called party's location.

3. Through this action, Plaintiff seeks injunctive relief, statutory damages, treble damages for willful or knowing violations, costs, and such other relief as the Court deems just and proper.

**PARTIES**

4. Plaintiff is a natural person, a citizen and resident of Los Angeles County, California, and a "person" entitled to bring this action under the TCPA.

5. Defendant, Qvr International LLC, is a Delaware Limited Liability Company that is authorized to do business in California and conducts business under the name Qvr International LLC.

6. Unless otherwise indicated, references to Defendant include its agents, employees, officers, members, directors, partners, subsidiaries, affiliates, predecessors, successors, assigns, principals, representatives, vendors, and all other persons or entities acting on its behalf.

**JURISDICTION AND VENUE**

7. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because this action arises under the TCPA.

8. This Court has personal jurisdiction over Defendant, and venue is proper in this District because Defendant transacts business in this District, purposefully directed the telemarketing campaign at issue into this District, and because Defendant's

unauthorized marketing scheme was directed by Defendant to consumers in this District.

## STATUTORY AND REGULATORY BACKGROUND

### I. <u>Telephone Consumer Protection Act (TCPA)</u>

9. In 1991, Congress enacted the TCPA to address the explosive growth of the telemarketing industry. In so doing, Congress recognized that "[u]nrestricted telemarketing . . . can be an intrusive invasion of privacy [.]" Telephone Consumer Protection Act of 1991, Pub. L. No. 102-243, § 2(5) (1991) (codified at 47 U.S.C. § 227).

10. Section 227(c) of the TCPA directed the FCC to adopt rules protecting residential telephone subscribers' privacy rights and limiting unwanted telephone solicitations. 47 U.S.C. § 227(c)(1).

11. The FCC's regulations prohibit any person or entity from initiating a telephone solicitation to any residential telephone subscriber before 8 am and after 9 pm local time at the called party's location. and similarly provides a private right of action against any entity that makes those telephone solicitations, or "on whose behalf" such telephone solicitations are made. 47 U.S.C. § 227(c)(5); 47 C.F.R. § 64.1200(c)(1). 47 C.F.R. § 64.1200(e), the restrictions in § 64.1200(c) apply to any person or entity making telephone solicitations or telemarketing calls to wireless telephone numbers to the extent described by the FCC. 47 C.F.R. § 64.1200(e).

13. Under the TCPA, a text message qualifies as a "call." *Campbell-Ewald Co. v. Gomez*, 577 U.S. 153, 156 (2016).

14. The FCC defines “telephone solicitation” to mean the initiation of a telephone call or message for the purpose of encouraging the purchase or rental of, or investment in, property, goods, or services, but the term does not include a call or message sent with prior express invitation or permission, to a person with whom the caller has an established business relationship, or by or on behalf of a tax-exempt nonprofit organization. 47 C.F.R. § 64.1200(f)(15).

15. A person who has received more than one telephone call within any twelve-month period by or on behalf of the same entity in violation of the regulations prescribed under 47 U.S.C. § 227(c) may bring an action for injunctive relief and to recover actual monetary loss or up to $500.00 in damages for each violation, whichever is greater. 47 U.S.C. § 227(c)(5).

16. If the Court finds that the defendant willfully or knowingly violated the regulations prescribed under 47 U.S.C. § 227(c), the Court may, in its discretion, increase the amount of the award to an amount equal to not more than three times the amount otherwise available. Id.

**FACTS**

17. Plaintiff is the regular user and subscriber of the wireless telephone number ending in 8602 (the “Subject Number”). Plaintiff uses the Subject Number only or primarily for personal, family, and household purposes, as Plaintiff’s primary means of being reached at home, and as a replacement for a traditional residential landline.

18. Plaintiff did not provide Defendant with prior express invitation or permission—written or otherwise—to send telemarketing or solicitation text messages to the Subject Number.

19. Plaintiff had no established business relationship with Defendant within the meaning of 47 C.F.R. § 64.1200(f)(5) at the time of the messages at issue. Plaintiff had not purchased from Defendant within the eighteen months preceding the challenged texts, had not made any inquiry or application regarding Defendant's goods or services within the three months preceding the challenged texts, and, to the extent any prior relationship ever existed, it had been terminated before the messages at issue were initiated.

20. Upon information and belief, Defendant is not a tax-exempt nonprofit organization, and the messages at issue were not sent by or on behalf of a tax-exempt nonprofit organization.

21. On November 28, 2025 07:00 AM, February 10, 2026 07:31 AM, February 25, 2026 06:32 AM, March 13, 2026 07:30 AM, March 16, 2026 07:33 AM, March 18, 2026 07:32 AM, March 20, 2026 07:31 AM, March 22, 2026 07:32 AM, March 24, 2026 07:31 AM, March 26, 2026 07:55 AM, March 27, 2026 07:32 AM, March 29, 2026 07:30 AM, March 31, 2026 07:33 AM, April 1, 2026 07:32 AM, April 3, 2026 07:30 AM, April 5, 2026 07:32 AM, April 8, 2026 07:30 AM, April 10, 2026 07:32 AM, April 11, 2026 07:31 AM, April 12, 2026 07:32 AM, April 14, 2026 07:34 AM, April 15, 2026 07:30 AM, April 16, 2026 07:32 AM, April 17, 2026 07:30 AM, April 19, 2026 07:32 AM, April 20, 2026 07:31 AM, April 22, 2026 07:34 AM, April 24, 2026 07:32 AM, April 25, 2026 07:31 AM, April 26, 2026 07:30 AM, April 27, 2026 07:32 AM, April 30, 2026 07:32 AM, May 1, 2026 07:31 AM, May 3, 2026 07:32 AM, May 4, 2026 07:30 AM, May 7, 2026 07:31 AM, May 8, 2026 07:32 AM, May 10, 2026 07:32 AM, May 12, 2026 07:31 AM, May 13, 2026 07:32 AM, May 14, 2026 07:34

AM, May 15, 2026 07:30 AM, May 17, 2026 07:32 AM, May 19, 2026 07:33 AM, May 20, 2026 07:30 AM, May 22, 2026 07:32 AM, May 24, 2026 07:32 AM, May 27, 2026 07:32 AM, May 28, 2026 07:30 AM, Defendant initiated, or caused to be initiated, telemarketing text messages to Plaintiff while Plaintiff was located in Pasadena, California.

22. The messages were sent from an unknown number, identified Defendant by name, promoted Defendant's goods and/or services.

23. True and correct copies of the messages are attached as Exhibit A and incorporated by reference.

24. The subject messages were not informational or transactional. Their purpose was to advertise, promote, and encourage the purchase of Defendant's goods and/or services.

25. Because the challenged messages were initiated to Plaintiff while Plaintiff was located in Pasadena, California, the times alleged above are the relevant local times for purposes of 47 C.F.R. § 64.1200(c)(1). Each challenged message was initiated before 8:00 a.m. or after 9:00 p.m. local time at Plaintiff's location.

26. Upon information and belief, Defendant directly transmitted the subject messages or used a third-party platform, vendor, and/or telemarketing agent to transmit them on Defendant's behalf. Any such person or entity acted as Defendant's agent and within the scope of that agency.

27. Upon information and belief, Defendant maintains, controls, and/or has access to outbound transmission reports and campaign records reflecting the dates, times, target telephone numbers, content, sending number or short code, and routing information for the telemarketing texts sent to Plaintiff and the Class.

28. Defendant's unlawful conduct invaded Plaintiff's privacy, disturbed Plaintiff's peace and quiet, and caused nuisance and annoyance in a realm that is private and personal.

29. Plaintiff remains at risk of future injury absent injunctive relief because, upon information and belief, Defendant's telemarketing campaign remained ongoing after the challenged messages and Plaintiff's number remained on, or accessible through, the lists, databases, and systems Defendant used to send the challenged texts.

## CLASS ALLEGATIONS

**Proposed Class**

30. Plaintiff brings this action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of Plaintiff and the following proposed class:

31. TCPA After-Hours Class: All persons in the United States who, from four years prior to the filing of this action through the date of class certification, Defendant, or anyone acting on Defendant's behalf, initiated more than one telephone solicitation text message within any twelve-month period to a wireless telephone number used by the called party as a residential line, where at least one such message was initiated before 8:00 a.m. or after 9:00 p.m. local time at the called party's location.

32. Plaintiff reserves the right to modify the class definition as discovery and further investigation may warrant.

33. Excluded from the Class are Defendant, any parent, subsidiary, affiliate, or control person of Defendant, and Defendant's officers, directors, agents, servants, employees, attorneys, and the immediate family members of such persons.

34. Upon information and belief, the members of the Class number at least in the dozens and likely in the hundreds or thousands, making joinder impracticable. The identities

of the Class members are presently unknown to Plaintiff but are ascertainable through Defendant's records and the records of Defendant's agents and vendors.

**Common Questions and Rule 23 Requirements**

35. There are numerous questions of law and fact common to the Class that predominate over any questions affecting only individual members, including whether Defendant initiated or caused to be initiated the challenged text messages; whether those messages constituted telephone solicitations or telemarketing; whether the messages were sent to wireless numbers used as residential lines; whether the messages were initiated before 8:00 a.m. or after 9:00 p.m. local time at the called party's location; whether Defendant possessed prior express invitation or permission; whether Defendant had an established business relationship with the recipients; whether any nonprofit exemption applies; and whether Defendant is liable for damages and injunctive relief.

36. Plaintiff's claims are typical of the claims of the Class because they arise from the same course of conduct and are based on the same legal theories.

37. Plaintiff will fairly and adequately protect the interests of the Class and has retained counsel experienced in complex litigation and TCPA class actions.

38. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy because the damages recoverable by individual class members are small compared with the burden and expense of individual litigation, and separate actions would risk inconsistent results and needlessly burden the courts.

**COUNT I**

**Violations of 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(c)(1)**
**(Quiet-Hours Claim)**
**(On Behalf of Plaintiff and the TCPA After-Hours Class)**

39. Plaintiff repeats and realleges the preceding paragraphs as if fully set forth herein.

40. 47 C.F.R. § 64.1200(c)(1) provides that no person or entity shall initiate any telephone solicitation to any residential telephone subscriber before the hour of 8:00 a.m. or after 9:00 p.m. local time at the called party's location.

41. 47 C.F.R. § 64.1200(e) makes the rules set forth in 47 C.F.R. § 64.1200(c) and (d) applicable to persons or entities making telephone solicitations or telemarketing calls or text messages to wireless telephone numbers to the extent described by the FCC.

42. The subject text messages were telephone solicitations within the meaning of the TCPA because they were sent for the purpose of encouraging the purchase of Defendant's goods and/or services, Plaintiff did not provide prior express invitation or permission, Defendant had no established business relationship with Plaintiff, and the messages were not sent by or on behalf of a tax-exempt nonprofit organization.

43. Within a twelve-month period, Defendant initiated, or caused to be initiated, more than one telephone solicitation text message to Plaintiff and the TCPA After-Hours Class before 8:00 a.m. or after 9:00 p.m. local time at the called party's location.

44. By doing so, Defendant violated 47 U.S.C. § 227(c) and 47 C.F.R. § 64.1200(c)(1).

45. Pursuant to 47 U.S.C. § 227(c)(5), Plaintiff and the TCPA After-Hours Class are entitled to injunctive relief and to recover actual monetary loss or up to $500.00 for each violation, whichever is greater, and up to three times that amount for each willful or knowing violation.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of the Class, respectfully requests that the Court enter judgment in Plaintiff's favor and against Defendant and award the following relief:

a) An order certifying this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure, appointing Plaintiff as Class Representative, and appointing Plaintiff's counsel as Class Counsel;

b) Statutory damages of up to $500.00 for each violation, or actual monetary loss, whichever is greater;

c) An award of treble damages for each willful or knowing violation;

d) Injunctive relief prohibiting Defendant from engaging in conduct that violates the TCPA, including initiating telephone solicitations before 8:00 a.m. or after 9:00 p.m. local time at the called party's location;

e) Costs, pre-judgment interest, and post-judgment interest as permitted by law; and

f) Such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff and the members of the Class hereby demand a trial by jury on all issues so triable.

**DOCUMENT PRESERVATION DEMAND**

Plaintiff demands that Defendant take affirmative steps to preserve all records, electronically stored information, transmission logs, campaign reports, consent records, customer relationship data, vendor communications, and all other documents or data relating to the text messages and telemarketing practices alleged herein.

Dated: June 11, 2026
Respectfully submitted,
/s/ Vinit R. Venkatesh, Esq.
Vinit R. Venkatesh, Esq.

# EXHIBIT A

**ATTACH MESSAGES**



















Friday, Mar 20 • 7:31 AM
qvr: Fri Price Drop Alert! 3 Packs Only $68 (Was $412)! Weekend Exclusive,Tap to Grab: https://qvr.com/j965q STOP to opt-out
Tap to load preview


Sunday, Mar 22 • 7:32 AM
qvr: FINAL CALL: Get 3 packs for JUST $68 (Was $412)! Only 20 left! 80% OFF deal ends at Midnight, Hurry: https://qvr.com/uaj81 STOP to opt-out
Tap to load preview


Tuesday, Mar 24 • 7:31 AM
qvr: Save BIG! End of Season Clearance - 80% OFF! 3 packs for only $68 (Was $412). Shop Now: https://qvr.com/mwhgy STOP to opt-out
Tap to load preview


Thursday, Mar 26 • 7:55 AM
qvr: EASTER BIG SAVINGS! Kinky Bulk 3 Packs 10"=$69! Supplies Won't Last - Grab Yours Today: https://qvr.com/az16x STOP to opt-out
Tap to load preview


Friday, Mar 27 • 7:32 AM
qvr: TGIF Free Hair Alert! Buy 3 Packs, Get 2 FREE! Secure Yours before it's GONE: https://qvr.com/aq089 STOP to opt-out
Tap to load preview


Sunday, Mar 29 • 7:30 AM
qvr: Weekend Steal Final Call! Buy 3 Get 2 FREE ( 5 Packs for $124) | Act Fast - Offer Ends Tonight: https://qvr.com/rwpfp STOP to opt-out
Tap to load preview


Sunday, Mar 29 • 7:30 AM
qvr: Weekend Steal Final Call! Buy 3 Get 2 FREE ( 5 Packs for $124) | Act Fast - Offer Ends Tonight: https://qvr.com/rwpfp STOP to opt-out
Tap to load preview


Tuesday, Mar 31 • 7:33 AM
qvr: You Won It! End-of-Month Clearance! Buy 3 get 2 FREE, 5 packs ONLY $124, Ends Midnight, Grab Now: https://qvr.com/5k8ow STOP to opt-out
Tap to load preview


Wednesday, Apr 1 • 7:32 AM
qvr: Easter Bunny's Hidden Deal: Extra 28% OFF all items (5 Packs=ONLY $112)! Code: VIP28, USE NOW: https://qvr.com/1p98u STOP to opt-out
Tap to load preview


Friday, Apr 3 • 7:30 AM
qvr: Unlock Your Friday Perk: Enjoy 60% OFF + Bonus Hair for $10! Our Biggest Drop Ever, Shop Now: https://qvr.com/gt337 STOP to opt-out
Tap to load preview


Sunday, Apr 5 • 7:32 AM
qvr: 24-Hrs Countdown! Get a FREE hair for just $10, Time is running out, Shop: https://qvr.com/09skr STOP to opt-out
Tap to load preview


Wednesday, Apr 8 • 7:30 AM
qvr: Today Only Flash Sale! 5 packs=$112 with 28% OFF, Code: VFlash, Grab Yours Before Gone: https://qvr.com/brcvw STOP to opt-out
Tap to load preview


Friday, Apr 10 • 7:32 AM
qvr: Friday Win Alert! All hair is $89 today! Act Fast Before It's Gone, Shop NOW: https://qvr.com/5ien1 STOP to opt-out
Tap to load preview


Saturday, Apr 11 • 7:31 AM
qvr: Weekend Price Dropped! All hair for $89! 48 Hrs only, Rush to grab yours: https://qvr.com/112z4 STOP to opt-out
Tap to load preview


Sunday, Apr 12 • 7:32 AM
qvr: Heads up! Your $89 all-items deal Ends Tonight! Last chance to grab it: https://qvr.com/a2aeq STOP to opt-out
Tap to load preview
Tuesday, Apr 14 • 7:34 AM


Tuesday, Apr 14 • 7:34 AM
qvr: Psst... All hair just $89! But hurry, clearance ends in 12 Hrs. Don't Wait, Grab Yours Now: https://qvr.com/avodh STOP to opt-out
Tap to load preview


Wednesday, Apr 15 • 7:30 AM
qvr: Today Only! 28% OFF on 5 packs 10" just $117! Enter code VIP28, Snag it now & Save Big: https://qvr.com/1spbe STOP to opt-out
Tap to load preview


Thursday, Apr 16 • 7:32 AM
qvr: FINAL CALL: 3 Packs JUST $69 (Was $412)! Only 20 Left! Deal Ends Today, Grab Yours NOW: https://qvr.com/88zu5 STOP to opt-out
Tap to load preview


Friday, Apr 17 • 7:30 AM
qvr: Fri-Yay Surprise! Want 3 packs for $0? Buy 3 Get 3 FREE = 6 packs $149 (under $25 each!). Grab Now: https://qvr.com/hmccd STOP to opt-out
Tap to load preview


Sunday, Apr 19 • 7:32 AM
qvr: Final HOURS! Buy 3 Get 3 FREE (6 packs Only $149)! All discounts disappear at midnight, Act Now: https://qvr.com/bs2py STOP to opt-out
Tap to load preview


10:04
qvr
52/52 results found
Monday, Apr 20 • 7:31 AM
qvr: Mother's Day Special: 3 packs Kinky Bulk=ONLY $59! But hurry, limited stock! Shop Mom's gift: https://qvr.com/7f2fe STOP to opt-out
Tap to load preview
Wednesday, Apr 22 • 7:34 AM
Text messa...


Wednesday, Apr 22 • 7:34 AM
qvr: Today Only Hair Steal: 5 packs 10"=$117 with 28% OFF, Code: VFlash, Get Gorgeous Hair For Less Now: https://qvr.com/wuszq STOP to opt-out
Tap to load preview


Friday, Apr 24 • 7:32 AM
qvr: Fri Price Drop! 50% OFF Everything: 3 Packs Only $69! Weekend Exclusive, Tap to Grab Yours: https://qvr.com/9ibu1 STOP to opt-out
Tap to load preview


Saturday, Apr 25 • 7:31 AM
qvr: Saturday BIG SAVINGS: 50% OFF Everything! Get 3 packs for Only $69, Only 48Hrs left, Hurry: https://qvr.com/ty3t9 STOP to opt-out
Tap to load preview


Sunday, Apr 26 • 7:30 AM
qvr: FINAL CALL: 3 packs for JUST $69! Only 20 sets left! Your 50% OFF deal ends midnight. Act NOW: https://qvr.com/id8oq STOP to opt-out
Tap to load preview


Monday, Apr 27 • 7:32 AM
qvr: Mother's Day gift? Done. Salt & Pepper hair 90% OFF, Timeless elegance she deserves, Tap to shop: https://qvr.com/ianm3 STOP to opt-out
Tap to load preview


Thursday, Apr 30 • 7:32 AM
qvr: One for Mom, one for YOU! Buy 3 Get 3 FREE! Grab 6 packs for just $149. Treat both of you today: https://qvr.com/zql22 STOP to opt-out
Tap to load preview


Friday, May 1 • 7:31 AM
qvr: Friday Win Alert! Up to $100 OFF - 3 packs only $59, Deal ends soon, Tap to claim: https://qvr.com/gad68 STOP to opt-out
Tap to load preview


Sunday, May 3 • 7:32 AM
qvr: Last chance! Up to $100 OFF Ends Tonight - 3 packs for ONLY $59! Act now or miss the deal: https://qvr.com/8la4z STOP to opt-out
Tap to load preview


Monday, May 4 • 7:30 AM
qvr: Mother's Day BOGO Blowout: Buy 3, Get 2 FREE! 5 packs ONLY $124, Stock is flying, Grab Now: https://qvr.com/vh441 STOP to opt-out
Tap to load preview


Thursday, May 7 • 7:31 AM
qvr: Buy 3 Get 3 FREE! 6 packs just $149. One for Mom, one for YOU! Treat both of you - Tap Now: https://qvr.com/i9af2 STOP to opt-out
Tap to load preview


Friday, May 8 • 7:32 AM
qvr: Friday Coupon Is Calling! Weekend Exclusive $200 OFF just for you. Grab Yours Before It's Gone: https://qvr.com/dxray STOP to opt-out


Sunday, May 10 • 7:32 AM
qvr: Last chance! Your $200 OFF expires Tonight! Don't Miss Out - Redeem Here: https://qvr.com/0vmj7 STOP to opt-out
Tap to load preview


Tuesday, May 12 • 7:31 AM
qvr: $69-$99 Hair Steal! No codes, No tricks, Today Only, MISS= REGRET! Shop: https://qvr.com/wislz STOP to opt-out
Tap to load preview


Wednesday, May 13 • 7:32 AM
qvr: Today Only: 28% OFF-BIGGEST Sitewide Discount Ever! 3 Packs 18" Kinky Bulk JUST $129! Code VIP28, Use Now: https://qvr.com/4kd0p STOP to opt-out
Tap to load preview


Thursday, May 14 • 7:34 AM
qvr: Final HOURS: Buy 3 Get 3 FREE (6 packs Only $149)! All discounts disappear at midnight, Act Now: https://qvr.com/reo5r STOP to opt-out
Tap to load preview


Friday, May 15 • 7:30 AM
qvr: Friday Win Alert! All hair is $89 today! Act Fast Before It's Gone! Shop NOW: https://qvr.com/5pmp5 STOP to opt-out
Tap to load preview


Sunday, May 17 • 7:32 AM
qvr: Heads up! Your $89 All-items Deal Ends Tonight! Last chance to grab it, Shop Now: https://qvr.com/bv8k5 STOP to opt-out
Tap to load preview


Tuesday, May 19 • 7:33 AM
qvr: Sorry We Never Do This! All items For $89, Ends in 24 hours! Don't miss out: https://qvr.com/r48f2 STOP to opt-out
Tap to load preview


Wednesday, May 20 • 7:30 AM
qvr: Today ONLY! Your 28% Off Pass is active, 5 Packs for just $112! Code: VFLASH. Use now: https://qvr.com/dytog STOP to opt-out


Friday, May 22 • 7:32 AM
qvr: Fri-Yay Surprise! Want 2 packs for $0? Buy 3 Get 2 FREE = 5 packs $124 (under $25 each!). Grab Now: https://qvr.com/rmdwt STOP to opt-out


Sunday, May 24 • 7:32 AM
qvr: Weekend Steal Final Call! Buy 3 Get 2 FREE ( 5 Packs for $124), Offer Ends Tonight, Act Now: https://qvr.com/vogpu STOP to opt-out
Tap to load preview


Wednesday, May 27 • 7:32 AM
qvr: URGENT! Your 28% OFF Expires Midnight! 5 packs just $112. Use code: VIP28. Don't miss this steal: https://qvr.com/e6qyz STOP to opt-out
Tap to load preview


9:56
qvr
52/52 results found
Thursday, May 28 • 7:30 AM
qvr: Yes, your 4th pack is FREE! Buy 3 get 1 on us, 4 packs only $99 (was $316), Claim yours now: https://qvr.com/jcpog STOP to opt-out
Tap to load preview


11:59
03:23
5GUC
(833) 408-6320
Save (833) 408-6320?
Saving this number will add a new contact
Report spam
Add contact
7:32 AM
qvr: FINAL HOURS! 3 Packs Kinky Bulk = ONLY $59 (Was $412)! All discounts disappear at midnight. Shop Now: https://qvr.com/yvnrx STOP to opt-out
Tap to load preview
Text messa...